IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FRANCES TERESA MORELAND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, acting )<br>Commissioner Social Security )<br>Administration, )<br>)<br>Defendant. ) | Case No. CIV-13-639-L |

## **O R D E R**

On August 14, 2014, Magistrate Judge Suzanne Mitchell entered her Report and Recommendation in this action brought by plaintiff Frances Teresa Moreland for judicial review of the final decision of the Acting Commissioner of the Social Security Administration denying plaintiff's application for disability insurance benefits under the Social Security Act. The Magistrate Judge determined that the decision of the Commissioner should be affirmed.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed. Upon *de novo* review, the court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the decision of the Commissioner is **AFFIRMED.**

It is so ordered this 15th day of September, 2014.

*Tim Leonard*
_____
TIM LEONARD
United States District Judge